```
         IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

```
JESSE PETTAWAY, JR.,             :

     Plaintiff,                  :

vs.                              :   CIVIL ACTION 06-0145-KD-M

JIMMY B. JOHNSON, et al.,        :

     Defendants.                 :
```

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's Affidavit of Substantial Hardship (Doc. 7) be and is hereby DENIED.  It is further ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 27th day of <u>July</u>, 2006.

```
                         /s/ Kristi K. DuBose
                         KRISTI K. DuBOSE
                         UNITED STATES DISTRICT JUDGE
```